

STATE OF TENNESSEE
COUNTY OF MONTOMERY

The actual consideration or value, whichever is greater, is $1,500,000.00 (One Million Five Hundred Thousand).

AFFIANT

Subscribed to and sworn before me this 29th day of August, 2023.

7-9-24

NOTARY PUBLIC    MY COMMISSION EXPIRES:

JOHN CHARLES ROSELOT
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY
COMMISSION EXPIRES (NOTARIAL SEAL)

---

THIS INSTRUMENT PREPARED BY
AND PLEASE RETURN TO:

GRISSIM TITLE & ESCROW, LLC.
1222 17th Avenue South, Nashville, TN. 37212

| ADDRESS NEW OWNER(S) AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBER: |
|---|---|---|
| Gracey General Partnership<br>227 2nd Avenue North, Ste. 401<br>Nashville, TN 37201 | SAME AS NEW OWNER | 066K-B-019.00 |

## WARRANTY DEED

FOR AND IN CONSIDERATION OF THE SUM OF TEN DOLLARS, CASH IN HAND PAID BY THE HEREINAFTER NAMED GRANTEES, AND OTHER GOOD AND VALUABLE CONSIDERATIONS, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, I/WE, **GEORGE M. TERRELL, AN UNMARRIED MAN,** HEREINAFTER CALLED THE GRANTOR(S), HAVE BARGAINED AND SOLD, AND BY THESE PRESENTS DO TRANSFER AND CONVEY UNTO, **GRACEY GENERAL PARTNERSHIP,** HEREINAFTER CALLED THE GRANTEE(S), THEIR HEIRS AND ASSIGNS, A CERTAIN TRACT OR PARCEL OF LAND IN    MONTGOMERY    COUNTY, STATE OF TENNESSEE, DESCRIBED AS FOLLOWS TO WIT:

### SEE ATTACHED EXHIBIT "A"
### LEGAL DESCRIPTION

### SEE ATTACHED EXHIBIT "B"
### BOUNDARY SURVEY

SUBJECT TO ALL EASEMENTS, COVENANTS, CONDITIONS, RESERVATIONS, LEASES AND RESTRICTIONS OF RECORD, ALL LEGAL HIGHWAYS, ALL RIGHTS OF WAY, ALL ZONING, BUILDING AND OTHER LAWS, ORDINANCES AND REGULATIONS, ALL RIGHTS OF TENANTS IN POSSESSION, AND ALL REAL ESTATE TAXES AND ASSESSMENTS NOT YET DUE AND PAYABLE.

| This is: | ( X ) IMPROVED<br>( ) UNIMPROVED | Property known as:<br>**517 MADISON STREET**<br>**CLARKSVILLE, TN 37040** |
|---|---|---|

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEE(S), their heirs and assigns, forever, and we do covenant with the said GRANTEE(S) that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it, and the same is unencumbered, unless otherwise herein set out, and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEE(S), their heirs and assigns, against the lawful claims of all persons whomsoever. Whenever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

WITNESS, this 29th day of August, 2023.



George M. Terrell

STATE OF TENNESSEE                )
COUNTY OF MONTOMERY               )

On this 29th day of August, 2023, before me, the undersigned, a Notary Public in and for said County and State, personally appeared **George M. Terrell** with whom I am personally acquainted, or proved to me on the basis of satisfactory evidence, and upon oath acknowledged he executed the within instrument for the purposed therein contained.

Witness my hand and official seal on this the 29th day of August, 2023.

Notary Public

Commission Expires: _____

# EXHIBIT A

Being a parcel of land in the 12th Civil District of Clarksville, Montgomery County, said parcel bearing a Parcel ID 066K B 01900 00012066K as shown on the Montgomery County, Tennessee property map, said parcel being the George M. Terrell property of record in Volume (Vol) 1132, page 1214 Register's Office Montgomery County, Tennessee (ROMCT), said parcel being generally described as north of and adjacent to Madison Street, a public right of way that varies in width, east of S 5th Street, west of University Avenue, and south of Commerce Street, said parcel being more particularly described as follows:

Beginning at an iron pin new, a ½" rebar capped Dhority, said pin bearing Tennessee State Plane Coordinates with a northing of 801035.54 and an easting of 1570939.65 North American Datum 1983/Grid North, said pin being N61°28'41"E for 84.7 feet, more or less, from the centerline intersection of Madison Street and Academy Avenue, said pin also being a corner of the Workforce Essentials, Inc. property as recorded in Vol 1453, pg 231 ROMCT, said pin also being on the northern right of way of said Madison Street, said pin being the southeastern corner of the herein described parcel.

Thence with said right of way, S 75° 59' 41" W for a distance of 180.50 feet to a survey nail new, said pin bearing Tennessee State Plane Coordinates with a northing of 800991.86 and an easting of 1570764.51 North American Datum 1983/Grid North, said pin also being the southeastern corner of the Steven C. Girsky Property as recorded in Vol 1330, page 590 ROMCT, said pin also being the southwestern corner of the herein described parcel.

Thence with said Girsky property, N 13° 55' 12" W for a distance of 206.14 feet to an iron pin new, a ½" rebar capped Dhority, said pin bearing Tennessee State Plane Coordinates with a northing of 801191.94 and an easting of 1570714.92 North American Datum 1983/Grid North, said pin being on the southern margin of a 15' alley as recorded in Vol 1330, page 590 ROMCT.

Thence with said alley the following two calls, N 75° 59' 41" E for a distance of 75.00 feet to a survey nail new, said pin bearing Tennessee State Plane Coordinates with a northing of 801210.10 and an easting of 1570787.75 North American Datum 1983/Grid North.
Thence N 14° 27' 11" W for a distance of 15.00 feet to a survey nail new, said nail being a corner of said Workforce Essentials property.

Thence leaving said alley and along the boundary lines of said Workforce Essentials property the following six calls, N 14° 27' 11" W for a distance of 40.92 feet to an iron pin new, a ½" rebar capped Dhority, said pin bearing Tennessee State Plane Coordinates with a northing of 801264.24 and an easting of 1570773.74 North American Datum 1983/Grid North, said pin being the northwestern corner of the herein described parcel.

Thence, N 73° 49' 47" E for a distance of 49.27 feet to an iron pin new, a ½" rebar capped Dhority.
Thence, N 73° 16' 29" E for a distance of 25.66 feet to an iron pin new, a ½" rebar capped Dhority.
Thence, N 74° 52' 47" E for a distance of 31.18 feet to an iron pin found, a ½" northwest of an existing wall corner, said pin bearing Tennessee State Plane Coordinates with a northing of 801293.48 and an easting of 1570875.73 North American Datum 1983/Grid North, said pin being the northeastern corner of the herein described parcel.

Thence S 13° 55' 02" E a distance of 265.74 feet to the point of beginning, said parcel containing 43,341 Square feet or 1.00 acres, more or less. Together with and subject to all right of ways, easements, restrictions, covenants, and conveyances of record and not of record.

Being the same property conveyed to George M. Terrell by Warranty Deed from Kleeman Packing Co. of record in Book V1132, page 1214, Register's Office for Montgomery County, Tennessee, dated October 26, 2006 and recorded on October 27, 2006.



## PROPERTY TAX ADVISORY

Please be advised that as of the date of closing of this loan the County/ City Property tax bills were not yet available and that some County and Municipal Governments are still meeting to determine their respective County/City tax rates.

Therefore, property tax escrows and pro-rations for this loan closing were based upon the closing agent's estimate based upon the best information available to the closing agent at the time of closing.

The undersigned buyers and sellers do hereby accept the property tax pro-rations as set out on their Closing Disclosure and/or HUD-1 Settlement Statement. And the Buyer hereby acknowledges, understands and agrees, that said tax pro-rations may not match the actual amount of taxes due, and that the Buyer shall be responsible for the payment of the full 2023 taxes when the bill becomes available from the Trustee's office.

Date: 29th day of August, 2023
Property address: 517 Madison Street, Clarksville, TN 37040

Borrower/Buyer:

Gracy General Partnership

By: Jennifer Willoughby, Managing Partner

Seller:

George M. Terrell