

EXIHBIT E

Jennifer Willoughby ▾ ()  🛒 0

≡

# Permit Number: DEMO-2023-000034

Permit Details () | Tab Elements () | Main Menu ()

⌃ (.multi-collapse)

| | | | | | |
|---|---|---|---|---|---|
| **Type:** | Demolition Permit (Residential Only) | **Status:** | Denied | **Project Name:** | |
| **Applied Date:** | 08/30/2023 | **Issue Date:** | | | |
| **District:** | | **Assigned To:** | | **Expire Date:** | |
| **Finalized Date:** | | | | | |

**Description:**

Summary   Locations   Fees   Inspections   Attachments   Contacts

Sub-Records   More Info

Locations () | Next Tab () | Permit Details () | Main Menu ()

Locations