On Aug 30, 2023, at 2:22 PM, Deidre Ward <deidre.ward@cityofclarksville.com> wrote:

Good afternoon,

After further research, the property at 517 Madison St. is, in fact, located within the Urban Design Overlay district. Prior to issuance of a demolition permit from the Clarksville Building and Codes department, pursuant to the City Zoning Code, Section 9.5.4 Sub-paragraph 1, any demolition permit must first be reviewed by the RPC staff and the Common Design Review Board for appropriateness for any property that is located within the Downtown Urban Design OVerlay District. I am not denying your application. I am just advising of what would be required upon submission of your Demolition Permit.

It is now my understanding that you are now the property owner. Therefore, you will need to make a new application to the RPC, as current owner of the property, and present your case and future plans to the Common Design Review Board and the RPC. Please get with them

2

to get approval prior to issuance of a Demolition Permit. Depending on the outcome, you can file an appeal, but you have to file as owner first. I hope this information is helpful.

Thank you for your time

Sincerely,

*Deidre Ward*

Deidre Ward

Interim Director | Building and Codes Department
100 South Spring St.
Clarksville, Tn. 37040
P: 931-645-7426

Begin forwarded message:

**From:** Deidre Ward <deidre.ward@cityofclarksville.com>
**Subject: 517 MADISON ST.**
**Date:** August 29, 2023 at 11:43:12 AM CDT
**To:** Jennifer Willoughby <cumberland.terrace@gmail.com>

Good morning Jennifer,

 I tried to give you a call this morning, but I did leave you a voicemail. I just wanted to reach out regarding your property at 517 Madison St. Some concerns have been raised about possible demolition of the property moving forward currently. Last known, the Common Design Review Board denied your application for demolition. I wasn't sure if something changed or maybe we have just been given inaccurate information. Can you confirm the property is not to soon be demolished inside and the outside to follow? I look forward to hearing from you. Thank you for your time.

Sincerely,

*Deidre Ward*

Deidre Ward

Interim Director | Building and Codes Department
100 South Spring St.
Clarksville, Tn. 37040
P: 931-645-7426

*Deidre Ward*