**From:** Lance Baker <lance.baker@cityofclarksville.com>
**Subject: Re: 517 MADISON ST.**
**Date:** August 30, 2023 at 5:37:46 PM CDT
**To:** Deidre Ward <deidre.ward@cityofclarksville.com>,
cumberland.terrace@gmail.com
**Cc:** Brent Clemmons <brent.clemmons@cityofclarksville.com>, James Halford
<james.halford@cityofclarksville.com>, Jeffrey Tyndall
<jeffrey.tyndall@cityofclarksville.com>, John Spainhoward
<john.spainhoward@cityofclarksville.com>

Ms. Willoughby,

This matter has been referred to me as the City Attorney for legal review. From your
email below it appears that you are represented by legal counsel. As such, I cannot
have any direct substantive communication with you about this matter, but instead
must go through your attorney. Please advise me as to who your attorney is and
contact information (phone or email, or both please), or please ask your attorney to
contact me asap in an effort to resolve this matter. Thank you.

**Lance Baker**
City Attorney
City of Clarksville, Tennessee
One Public Square
Clarksville, TN 37040
931.553.2475 (phone)
931.221.0122 (fax)
Email: lance.baker@cityofclarksville.com

The information contained in this electronic transmission is CONFIDENTIAL and protected by the attorney-client privilege and/or
work product doctrine, and the information is intended only for the use of the individuals or entities named specifically as
recipients above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this transmission in error, please notify us by replying immediately
to this message (via e-mail) and, then, delete this message and all replies thereto from your e-mail system.