EXHIBIT I

**From:** CDE LIghtband Business Electric Customer Service <business.electric@cdelightband.com>
**Date:** August 31, 2023 at 9:34:12 AM EDT
**To:** Jennifer Willoughby <cumberland.terrace@gmail.com>
**Subject: Re: New service**

Okay, I will void the disconnect order for now until we receive further instructions going forward.

Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com

Email: business.electric@cdelightband.com
**\*\*\* THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY \*\*\***
For **new service requests** for **broadband (tv, phone and internet)** please contact **Matt Sharp or Brian Roberts**
**business.sales@cdelightband.com** or (931) 553-7333
For anything related to **broadband (tv, phone and internet) billing** please contact **Kim Lampley at business.csr@cdelightband.com**
or (931) 553-7339

This email and any attachments may contain confidential, privileged or proprietary information and is for use solely by the intended recipient. Any unauthorized disclosure, distribution or use is prohibited. If you are not the intended recipient, please delete the email and notify us immediately.

On Thu, Aug 31, 2023 at 8:32 AM Jennifer Willoughby <cumberland.terrace@gmail.com> wrote:
good morning Tyler,

not yet, thank you.

building and codes does not know how to read their ordnances.

Jennifer Willoughby

615-753-5539

www.livingdowntownclarksville.com

On Aug 31, 2023, at 8:30 AM, CDE LIghtband Business Electric Customer Service
<business.electric@cdelightband.com> wrote:

Good morning,

Our operations department just got off the phone with Building & Codes and
they have advised us that they are not able to proceed with the
demolition because the Clarksville-Montgomery County Historic Zoning
Commission and Common Design Review Board voted against demolition of
517 Madison St. We can still disconnect service but we would not be able to
remove our equipment. Did you still want to disconnect service at this time
or leave it as is?

Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com

Email: business.electric@cdelightband.com
**\*\*\* THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY \*\*\***
For **new service requests** for **broadband (tv, phone and internet)** please
contact **Matt Sharp or Brian Roberts**
**business.sales@cdelightband.com** or (931) 553-7333
For anything related to **broadband (tv, phone and internet) billing** please contact **Kim
Lampley at business.csr@cdelightband.com**
**or (931) 553-7339**

This email and any attachments may contain confidential, privileged or
proprietary information and is for use solely by the intended recipient.
Any unauthorized disclosure, distribution or use is prohibited. If you are
not the intended recipient, please delete the email and notify us
immediately.

On Wed, Aug 30, 2023 at 1:34 PM CDE LIghtband Business Electric Customer Service <business.electric@cdelightband.com> wrote:

I just spoke with our Operations department and they will have the order to disconnect services. They did advise that they will hold the order until the demolition permit has been requested and is sent over to us by Building & Codes, so that means service will actually stay active until they receive the permit and go out to disconnect service. My apologies for the confusion, so services will not be disconnected today, but at the earliest tomorrow if we receive the permit today.

Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com

Email: business.csr@cdelightband.com

**\*\*\* THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY \*\*\***
For **new service requests** for **broadband (tv, phone and internet)** please contact **Matt Sharp or Brian Roberts**
**business.sales@cdelightband.com** or (931) 553-7333
For anything related to **broadband (tv, phone and internet) billing** please contact **Kim Lampley at business.csr@cdelightband.com**
or (931) 553-7339

This email and any attachments may contain confidential, privileged or proprietary information and is for use solely by the intended recipient. Any unauthorized disclosure, distribution or use is prohibited. If you are not the intended recipient, please delete the email and notify us immediately.

On Wed, Aug 30, 2023 at 1:31 PM Jennifer Willoughby <cumberland.terrace@gmail.com> wrote:
Yes. Thank you

Best regards

Jennifer Willoughby

615-753-5539

On Aug 30, 2023, at 2:29 PM, CDE LIghtband Business Electric Customer Service <business.electric@cdelightband.com> wrote:


I will process a disconnect request for both services today, 8/30/2023. That means you will have a one day bill (plus the min. customer charge) for each meter for your final bill.

Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com

Email: business.electric@cdelightband.com
*** **THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY** ***
For **new service requests** for **broadband (tv, phone and internet)** please contact **Matt Sharp or Brian Roberts**
**business.sales@cdelightband.com or (931) 553-7333**
For anything related to **broadband (tv, phone and internet) billing** please contact **Kim Lampley at business.csr@cdelightband.com**
**or (931) 553-7339**


This email and any attachments may contain confidential, privileged or proprietary information and is for use solely by the intended recipient. Any unauthorized disclosure, distribution or use is prohibited. If you are not the intended recipient, please delete the email and notify us immediately.


On Wed, Aug 30, 2023 at 1:22 PM Jennifer Willoughby <cumberland.terrace@gmail.com> wrote:
I see.

So yes. We are requesting the demo permit. So I do need to request for both services to be turned off.

We are applying for the permit today.

Jennifer Willoughby
615-753-5539

Please forgive the brevity and typos as this was sent from my iPhone.

On Aug 30, 2023, at 2:20 PM, CDE LIghtband Business Electric Customer Service <business.electric@cdelightband.com> wrote:


They kind of go hand in hand, so if you know you'll be getting the demolition permit we can request to have the services disconnected so they are not hot but we do require the permit before we can actually remove any of the equipment from the location.

I will assume Building A is the main residence with #B being the smaller building across from it. I will leave both of the services active under Cumberland Terrace until you request otherwise. Just let us know!

Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com


Email: business.electric@cdelightband.com
<span style="color:red">**\*\*\* THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY \*\*\***</span>
For ==new service requests== for ==broadband (tv, phone and internet)== please contact ==Matt Sharp or Brian Roberts==
==business.sales@cdelightband.com **or (931) 553-7333**==
For anything related to ==broadband (tv, phone and internet) billing== please contact ==Kim Lampley at business.csr@cdelightband.com==
**or (931) 553-7339**


This email and any attachments may contain confidential, privileged or proprietary information and is for use solely by the intended recipient. Any unauthorized disclosure, distribution or use is prohibited. If you are not the intended recipient, please delete the email and notify us immediately.


On Wed, Aug 30, 2023 at 1:08 PM Jennifer Willoughby <cumberland.terrace@gmail.com> wrote:
Ahah!
Ok. No it has not. I thought the process was the opposite way. Thank you

So: leave power on at both buildings for now. Cancel request for removing service.

Jennifer Willoughby

615-753-5539

Please forgive the brevity and typos as this was sent from my iPhone.


On Aug 30, 2023, at 1:47 PM, CDE LIghtband Business Electric Customer Service <business.electric@cdelightband.com> wrote:


Just to confirm, as I do not know if these are separate buildings or within the same building, are you now needing both meters at 517 Madison St disconnected for demolition purposes?

Before we are able to proceed with removing all of our equipment we do require a demolition permit be pulled by Building & Codes, has that been done?

Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com

Email: business.electric@cdelightband.com
**\*\*\* THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY \*\*\***
For **new service requests** for **broadband (tv, phone and internet)** please contact **Matt Sharp or Brian Roberts**
**business.sales@cdelightband.com or (931) 553-7333**
For anything related to **broadband (tv, phone and internet) billing** please contact **Kim Lampley at business.csr@cdelightband.com**
**or (931) 553-7339**

This email and any attachments may contain confidential, privileged or proprietary information and is for use solely by the intended recipient. Any unauthorized disclosure, distribution or use is prohibited. If you are not the intended recipient, please delete the email and notify us immediately.


On Wed, Aug 30, 2023 at 12:43 PM Jennifer Willoughby <cumberland.terrace@gmail.com> wrote:
Hello Tyler.

We need to put in a disconnect order for 517 madison st building A for demolition purposes

Sorry, i made a mistake when i sent you the message a few days ago.


Best regards

Jennifer Willoughby

615-753-5539


On Aug 28, 2023, at 4:44 PM, CDE LIghtband Business Electric Customer Service <business.electric@cdelightband.com> wrote:


# The orders are in for you!

New account 352791-115 (CUMBERLAND TERRACE LLC) is being connected to 517 MADISON ST CLARKSVILLE, TN as of Wednesday, 8/30/2023.
New account 352791-116 (CUMBERLAND TERRACE LLC) is being connected to 517 MADISON ST B CLARKSVILLE, TN as of Wednesday, 8/30/2023.

If you are wanting to enroll these in automatic payments please go online in 1-3 business days and enroll them in automatic payments.
Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com

Email: business.electric@cdelightband.com
**\*\*\* THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY \*\*\***
For **new service requests** for **broadband (tv, phone and internet)** please contact **Matt Sharp or Brian Roberts**
**business.sales@cdelightband.com** or (931) 553-7333
For anything related to **broadband (tv, phone and internet) billing** please contact **Kim Lampley at business.csr@cdelightband.com**
**or (931) 553-7339**

This email and any attachments may contain confidential, privileged or proprietary information and is for use solely by the intended recipient. Any unauthorized disclosure, distribution or use is prohibited. If you are not the intended recipient, please delete the email and notify us immediately.

On Mon, Aug 28, 2023 at 4:36 PM Jennifer Willoughby <cumberland.terrace@gmail.com> wrote:
ok. put it under cumberland terrace then. thank you

Jennifer Willoughby

615-753-5539

www.livingdowntownclarksville.com

On Aug 28, 2023, at 4:32 PM, CDE LIghtband Business Electric Customer Service <business.electric@cdelightband.com> wrote:

GRACEY COURT, LLC (#292532) was closed out in March of this year so a $150 deposit would be required for each meter under that account.

Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com

Email: business.electric@cdelightband.com
**\*\*\* THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY \*\*\***
For **new service requests** for **broadband (tv, phone and internet)** please contact **Matt Sharp or Brian Roberts**
**business.sales@cdelightband.com or (931) 553-7333**
For anything related to **broadband (tv, phone and internet) billing** please contact **Kim Lampley at business.csr@cdelightband.com**
**or (931) 553-7339**

This email and any attachments may contain confidential, privileged or proprietary information and is for use solely by the intended recipient. Any unauthorized disclosure, distribution or use is prohibited. If you are not the intended recipient, please delete the email and notify us immediately.

On Mon, Aug 28, 2023 at 4:30 PM Jennifer Willoughby <cumberland.terrace@gmail.com> wrote: Let's put it under Gracey court please. If we still have that one

Jennifer Willoughby
615-753-5539

Please forgive the brevity and typos as this was sent from my iPhone.

On Aug 28, 2023, at 4:27 PM, CDE LIghtband Business Electric Customer Service <business.electric@cdelightband.com> wrote:

I know you have multiple accounts with us, which account would you like these to be connected under, Cumberland Terrace LLC?

Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com

Email: business.electric@cdelightband.com
**\*\*\* THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY \*\*\***
For **new service requests** for **broadband (tv, phone and internet)** please contact **Matt Sharp or Brian Roberts**
**business.sales@cdelightband.com or (931) 553-7333**
For anything related to **broadband (tv, phone and internet) billing** please contact **Kim Lampley at business.csr@cdelightband.com**
**or (931) 553-7339**

This email and any attachments may contain confidential, privileged or proprietary information and is for use solely by the intended recipient. Any unauthorized disclosure, distribution or use is prohibited. If you are not the intended recipient, please delete the email and notify us immediately.

On Mon, Aug 28, 2023 at 4:12 PM Jennifer Willoughby <cumberland.terrace@gmail.com> wrote:
It's for both meters.
Then can we schedule it for wednesday morning please

Best regards

Jennifer Willoughby

615-753-5539


On Aug 28, 2023, at 4:07 PM, CDE LIghtband Business Electric Customer Service
<business.electric@cdelightband.com> wrote:

Jennifer,

We are not able to schedule services for the afternoon. If we scheduled for
service to be connected tomorrow it would be transferred first thing in the
morning. I am showing that there are two meters at 517 Madison St,
9040483 for 517 Madison St and 9082251 for 517 Madison St #B. Can you
confirm which meter you are needing connected?

Thank you,

Tyler
**Business Electric Customer Service**

CDE LIGHTBAND
2021 Wilma Rudolph Blvd.
Clarksville, TN 37040
(931) 553-7328 (business electric)

Website: www.cdelightband.com

Email: business.electric@cdelightband.com
*** **THIS EMAIL ADDRESS PERTAINS TO ELECTRIC ONLY** ***
For **new service requests** for **broadband (tv, phone and internet)** please
contact **Matt Sharp or Brian Roberts**
**business.sales@cdelightband.com** or (931) 553-7333
For anything related to **broadband (tv, phone and internet) billing** please contact **Kim
Lampley at business.csr@cdelightband.com**
or (931) 553-7339

This email and any attachments may contain confidential, privileged or
proprietary information and is for use solely by the intended recipient.

Any unauthorized disclosure, distribution or use is prohibited. If you are not the intended recipient, please delete the email and notify us immediately.

On Mon, Aug 28, 2023 at 4:02 PM Jennifer Willoughby <cumberland.terrace@gmail.com> wrote:
Good afternoon,

We have a new service to put in under our account for the following address if possible for tomorrow afternoon

517 madison st

Best regards

Jennifer Willoughby

615-753-5539