

EXHIBIT L
BUILDING & CODES DEPARTMENT

September 26, 2023

Jennifer Willoughby
227 2nd Ave. N.
Nashville, TN 37201

Good morning Mrs. Jennifer,

After further review, <u>at this time</u>, we will not be able to issue you a demolition permit for 517 Madison Street. The property is located in, and subject to, the legal requirements of the Downtown Overlay District. The Downtown Overlay District shall coincide with those of the Central Business District as set forth in the Code of the City of Clarksville Title 12, Chapter 9, Section 12-902 "Boundaries." In accordance with the City of Clarksville Zoning Regulations 9.5.4, the Regional Planning Commission staff and the Common Design Review Board shall review all projects that require demolition within these areas. I encourage you to go before the board, in your name/business name, and present your case/plans before our office can make a final decision on the demo permit.

I know this is not exactly what you were wanting to hear, however, we must take the proper steps before issuing these types of permits. I hope you can understand. Please let me know if you have any questions or need anything further. Have a great day.

Sincerely,

David Smith
City of Clarksville

DS/vo