Sent via Superhuman


---------- Forwarded message ----------
From: Lance Baker <lance.baker@cityofclarksville.com>
Date: Friday, October 6 2023 at 4:12 PM CDT
Subject: Re: 517 Madison Street
To: John Crow <john@johnwcrow.com>

My cell is 931 401 0436

On Fri, Oct 6, 2023 at 3:06 PM John Crow <john@johnwcrow.com> wrote:
Lance,

Still have not received a call. My client is going to move forward with litigation.

John

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** John Crow <john@johnwcrow.com>
**Sent:** Thursday, October 5, 2023 8:08:23 PM
**To:** Lance Baker <lance.baker@cityofclarksville.com>
**Subject:** Re: 517 Madison Street

Sure

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Lance Baker <lance.baker@cityofclarksville.com>
**Sent:** Thursday, October 5, 2023 5:25:20 PM
**To:** John Crow <john@johnwcrow.com>
**Subject:** Re: 517 Madison Street

Can you take a call tomorrow morning?


**Lance Baker**

City Attorney
City of Clarksville, Tennessee
One Public Square
Clarksville, TN 37040
931.553.2475 (phone)
931.221.0122 (fax)
Email: lance.baker@cityofclarksville.com

The information contained in this electronic transmission is CONFIDENTIAL and protected by the attorney-client privilege and/or work product doctrine, and the information is intended only for the use of the individuals or entities named specifically as recipients above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us by replying immediately to this message (via e-mail) and, then, delete this message and all replies thereto from your e-mail system.

On Thu, Oct 5, 2023 at 4:59 PM John Crow <john@johnwcrow.com> wrote:
Lance,

Just following up. My client is pressing me daily.

Thanks,

John

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Lance Baker <lance.baker@cityofclarksville.com>
**Sent:** Tuesday, October 3, 2023 4:04:24 PM
**To:** John Crow <john@johnwcrow.com>
**Subject:** Re: 517 Madison Street

John, I am out of the office for a CLE. I will be back tomorrow and will provide a response to you at that time.

On Sun, Oct 1, 2023 at 6:50 PM John Crow <john@johnwcrow.com> wrote:
Lance,

My client received notification from Buildings and Codes that she must go before the Common Review Board. As we discussed, we believe this property is exempt under the code. Could you please provide me your legal position as to how the potential demolition of this property falls under this Board? I know we discussed it at length a month ago, but you were not clear in your final opinion to me.

Obviously, as we discussed, if the City's position is outlined in the September 26 letter from David Smith the likely end result would be litigation.

Thanks,

John

Sent via Superhuman