IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRACEY GENERAL PARTNERSHIP, )<br>A Tennessee General Partnership, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CLARKSVILLE, )<br>TENNESSEE; JOE PITTS, Mayor of the )<br>City of Clarksville, Tennessee; DAVID )<br>SMITH, Interim Head of the Department )<br>of Building and Codes of the City of )<br>Clarksville, Tennessee; and DEIDRE )<br>WARD, Director of the Department of )<br>Building and Codes of the City of )<br>Clarksville, Tennessee, )<br>)<br>Defendants. ) | Case No. 3:23-cv-01189<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Dismiss (Doc. No. 11) is **GRANTED**. Counts II–IV are **DISMISSED WITH PREJUDICE**, and Count I is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge